IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| **KAY REDDITT,** *individually and as the Personal Representative of Thomas M. Lodahl,* ) ) ) ) | |
| Plaintiff, ) | |
| v. ) | Case No. 2:12-cv-00521-AWA-TEM |
| ) | |
| **LAW OFFICES OF SHAPIRO BROWN & ALT, LLP, et al.,** ) ) ) | |
| Defendants. ) ) | |

**CONSENT MOTION FOR SECOND ENLARGEMENT OF TIME TO FILE OPPOSITION TO SBA's AND PFC'S MOTION TO DISMISS**

With the consent of Defendants Shapiro, Brown & Alt, LLP ("SBA") and Professional Foreclosure Corporation of Virginia ("PFC") (collectively, the "Defendants"), and pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, Plaintiff, by counsel, hereby moves for a second enlargement of time to respond to Defendants' Motion to Dismiss as follows:

1. Defendants filed their Motion to Dismiss on November 30, 2012, and Plaintiff's opposition would be due on December 14, 2012.

2. The Court granted a consent motion for an enlargement to permit the Plaintiff until December 28, 2012 to file her opposition.

3. The parties respectfully request until January 11, 2013 for the Plaintiff to file her opposition. The parties also request that the Defendants shall have until January 25, 2013 to file its Reply.

WHEREFORE, the parties respectfully request that the Court grant this enlargement of time until on or before January 11, 2013 for the Plaintiff to file her opposition and January 25,

2013 for the Defendants to file its Reply.

        Respectfully submitted,

        **KAY REDDITT,** *individually and as the Personal Representative of Thomas M. Lodahl*

        _____/s/_____
        Kristi C. Kelly, VSB #72791
        Andrew J. Guzzo, VSB #82170
        SUROVELL ISAACS PETERSEN & LEVY PLC
        4010 University Drive, Second Floor
        Fairfax, Virginia 22030
        (703) 251-5400 – Telephone
        (703) 591-9285 – Facsimile
        Email: kkelly@siplfirm.com
        Email: aguzzo@siplfirm.com

        Leonard A. Bennett, VSB #37523
        Susan M. Rotkis, VSB #40693
        CONSUMER LITIGATION ASSOCIATES, P.C.
        763 J. Clyde Morris Blvd. 1-A
        Newport News, VA 23601
        (757) 930-3660 – Telephone
        (757) 930-3662 – Facsimile
        Email: lenbennett@clalegal.com
        Email: srotkis@clalegal.com

        Matthew James Erausquin, VSB #65434
        CONSUMER LITIGATION ASSOCIATES, P.C.
        1800 Diagonal Road, Suite 600
        Alexandria, VA  22314
        (703) 273-6080 – Telephone
        (888) 892-3512 – Facsimile
        Email:  matt@clalegal.com

        Dale Wood Pittman, VSB #15673
        THE LAW OFFICE OF DALE W. PITTMAN, P.C.
        112-A W. Tabb Street
        Petersburg, VA  23803
        (804) 861-6000 – Telephone
        (804) 861-3368 – Facsimile
        Email:  dale@pittmanlawoffice.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of December 2012, I caused a true and accurate copy of the foregoing to be served electronically through the CM/ECF to the following individuals:

Matthew Cohen, VSB #72097
Bizhan Beiramee, VSB #50918
BEIRAMEE & COHEN, PC
7508 Wisconsin Avenue, Second Floor
Bethesda, MD 20814
(703) 483-9600 – Telephone
(703) 483-9599 – Facsimile
bbeiramee@beiramee.com
*Counsel for Defendants*

John C. Lynch, VSB # 39267
Ethan G. Ostroff, VSB # 71610
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7765
Facsimile: (757) 687-1504
Email: john.lynch@troutmansanders.com
*Counsel for Defendants*

_____/s/_____
Kristi C. Kelly, VSB #72791
SUROVELL ISAACS PETERSEN & LEVY PLC
4010 University Drive, Second Floor
Fairfax, Virginia 22030
(703) 251-5400 – Telephone
(703) 591-9285 – Facsimile
Email: kkelly@siplfirm.com
*Counsel for Plaintiff*