IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
(Norfolk Division)

| | |
|---|---|
| **KAY REDDITT**, *individually and as the Personal Representative of Thomas M. Lodahl* <br><br> Plaintiff, <br> v. <br><br> **LAW OFFICES OF SHAPIRO BROWN & ALT, LLP**, et al. <br><br> Defendants. | Case No. 2:12-CV-521-AWA-TEM |

### [RULE 68] OFFER OF JUDGMENT

Defendant Shapiro, Brown & Alt, LLP ("SBA") and Professional Foreclosure Corporation of Virginia ("PFC"), by its undersigned counsel, pursuant to Fed. R. Civ. P. 68, hereby jointly submit this Offer of Judgment, which offers to allow judgment to be entered in favor of the Plaintiff Kay Redditt, individually and as the Personal Representative of Thomas M. Lodahl (hereafter referred to as "Plaintiff") and against these Defendants, jointly and severally, as follows:

1. A single Judgment shall be entered against Defendants for damages in the aggregate amount of TWO THOUSAND AND FIVE HUNDRED DOLLARS ($2500.00) arising from all of Plaintiff's claims against Defendants as alleged in Plaintiff's Complaint in the above captioned matter.

2. Separately from and in addition to the damages referred to in paragraph 1, *supra*, judgment shall be entered against Defendants, jointly and severally, and in favor of Plaintiff for Plaintiff's costs of this action and a reasonable attorney's fee incurred in this action; said fees and costs are to be in an amount as agreed to between counsel for the parties,



or if they are unable to agree, as determined by the Court upon application by Plaintiff's counsel, subject to objection and response by Defendants' counsel as to the reasonableness of the attorney fees and costs claimed by Plaintiff.

    3.    The judgment entered in accordance with this Offer of Judgment is to be in total settlement and resolution of any and all claims by Plaintiff in the above captioned case against Defendants and/or potential claims that could have been brought by Plaintiff against Defendants in this matter.

    4.    This Offer of Judgment is made solely for the purposes specified in Rule 68, and is not to be construed either as an admission against the Defendants or that Plaintiff has suffered any actual or other damage(s).

    5.    Notwithstanding the foregoing Offer, Defendant denies any wrongdoing or violation of state or federal laws, but offers judgment for the sole purposes of settlement and resolution of Plaintiff's claims sought in the above-captioned matter as described more fully herein.

Dated: February 28, 2012

    Respectfully Submitted,
**SHAPIRO, BROWN & ALT, LLP**
**PROFESSIONAL FORECLOSURE**
**CORPORATION OF VIRGINIA**
*By Counsel*

*/s/ Bizhan Beiramee*
Bizhan Beiramee (VSB #50918)
Beiramee Law Group, PC
7508 Wisconsin Avenue, Second Floor
Bethesda, Maryland 20814
Phone: (703) 483-9600
Fax:   (703) 483-9599
Email: bbeiramee@beiramee.com
*Counsel for the Defendants SBA and PFC*

## CERTIFICATE OF SERVICE

I hereby certify that effective the 28th day of February, 2013, I served a copy of the foregoing by email and first class mail, postage prepaid to the following:

Dale Wood Pittman, Esq.
The Law Office of Dale W. Pittman, P.C.
112-A W Tabb St
Petersburg, VA 23803-3212
(804) 861-6000
Fax: (804) 861-3368
Email: dale@pittmanlawoffice.com

Kristi Cahoon Kelly, Esq.
Surovell Isaacs Petersen & Levy PLC
4010 University Drive, Suite 200
Fairfax, VA 22030
703-277-9774
Fax: 703-591-9285
Email: kkelly@siplfirm.com

Leonard Anthony Bennett, Esq.
Susan Mary Rotkis, Esq.
Consumer Litigation Associates
763 J Clyde Morris Boulevard, Suite 1A
Newport News, VA 23601
757-930-3660
Fax: 757-930-3662
Email: lenbennett@cox.net
Email: srotkis@clalegal.com

Matthew James Erausquin, , Esq.
Consumer Litigation Associates PC (Alex)
1800 Diagonal Road, Suite 600
Alexandria, VA 22314
703-273-6080
Fax: 888-892-3512
Email: matt@clalegal.com

/s/ *Bizhan Beiramee*
Bizhan Beiramee

