UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

KAY REDDITT, individually and as the
Personal Representative of Thomas M. Lodahl,

    Plaintiff,

v.                                      Action No. 2:12cv521

LAW OFFICE OF SHAPIRO, BROWN & ALT, LLP,

and

PROFESSIONAL FORECLOSURE
CORPORATION OF VIRGINIA,

    Defendants.

### JUDGMENT ON ACCEPTED OFFER

    **IT IS ORDERED and ADJUDGED** that, in accordance with the accepted offer of judgment filed pursuant to Rule 68 of the Federal Rules of Civil Procedure, the plaintiff, Kay Redditt, individually and as the Personal Representative of Thomas M. Lodahl, recover of the defendants, Law Offices of Shapiro, Brown & Alt, LLP and Professional Foreclosure Corporation of Virginia, the aggregate amount of $2,500.00, and that Plaintiff recover of Defendants, jointly and severally, Plaintiff's costs of this action and a reasonable attorney's fee incurred in this action; said fees and costs are to be in an amount as agreed to between counsel for the parties or as determined by the Court.

Dated: March 21, 2013                                   FERNANDO GALINDO, Clerk

                                                                     By _____
                                                                                Deputy Clerk

FILED MAR 21 2013 CLERK, U.S. DISTRICT COURT NORFOLK, VA