UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division



FILED
APR 1 0 2013
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| | |
|---|---|
| **KAY REDDIT**, *individually and as the Personal Representative of Thomas M. Lodahl,* | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civil Action No. 2:12cv521<br>) |
| **LAW OFFICES OF SHAPIRO, BROWN & ALT, LLP**, *et al.,* | )<br>)<br>) |
| Defendants. | )<br>) |

## CONSENT ORDER

Before the Court is the Consent Motion for Extension of Time to File for Fees filed by Plaintiff KAY REDDITT ("Plaintiff") with the consent of Defendants LAW OFFICES OF SHAPIRO & BURSON, LLP and PROFESSIONAL FORECLOSURE CORPORATION OF VIRGINIA. Upon the agreement of the parties and for good cause appearing, it is hereby

**ORDERED** that the Consent Motion for the Extension of Time is **GRANTED**. Plaintiff shall file for its attorneys' fees on or before April 18, 2013.

ENTERED THIS 10 DAY OF APRIL, 2013.

/s/
Arenda L. Wright Allen
United States District Judge

Judge, United States District Court for the
Eastern District of Virginia

WE ASK FOR THIS:

*/s/ Kristi Kelly*

Kristi C. Kelly, Esq., VSB #72791
Andrew J. Guzzo, Esq., VSB #82170
SUROVELL ISAACS PETERSEN & LEVY PLC
4010 University Drive, Suite 200
Fairfax, VA 22030
Telephone 703.251.5400
Facsimile 703.591.9285
kkelly@siplfirm.com

Leonard A. Bennett, VSB#37523
Susan M. Rotkis, VSB#40693
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, VA 23601
Telephone (757) 930-3660
Facsimile (757) 930-3662 Facsimile
lenbennett@clalegal.com
srotkis@clalegal.com

Dale W. Pittman, VSB#15673
THE LAW OFFICE OF DALE W. PITTMAN, P.C.
The Eliza Spotswood House
112-A West Tabb Street
Petersburg, VA 23803
(804) 861-6000
(804) 861-3368 Facsimile
dale@pittmanlawoffice.com

Matthew J. Erausquin, VSB #65434
CONSUMER LITIGATION ASSOC., P.C.
1800 Diagonal Rd, Suite 600
Alexandria, VA 22314
(703) 273-7770
(888) 892-3512 Facsimile
matt@clalegal.com
*Counsel for Plaintiff*

WE CONSENT:

*[signature]*

Bizhan Beiramee
BEIRAMEE LAW GROUP, PC
7508 Wisconsin Avenue, Second Floor
Bethesda, MD 20814
(703) 483-9600
(703) 483-9599 Facsimile
bbeiramee@beiramee.com

John C. Lynch, VSB # 39267
Ethan G. Ostroff, VSB # 71610
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7765
Facsimile: (757) 687-1504
john.lynch@troutmansanders.com

*Counsel for Defendants*