## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### Norfolk Division

KAY REDDIT, *individually and as the Personal Representative of Thomas M. Lodahl,*                    )
                    )
                    )
            Plaintiffs,                    )
                    )
    v.                    )    Civil Action No. 2:12cv521
                    )
LAW OFFICES OF SHAPIRO, BROWN & ALT, LLP, *et al.,*                    )
                    )
                    )
            Defendants.                    )

### DECLARATION OF KRISTI C. KELLY

I, Kristi C. Kelly declare:

1.      My name is Kristi C. Kelly.  I am over 21 years of age, of sound mind, capable of executing this declaration, and have personal knowledge of the facts stated herein, and they are all true and correct.

2.      I am one of the attorneys working on behalf of the Plaintiff in the above styled litigation, and I am an attorney and a partner of Surovell, Isaacs, Petersen & Levy, PLC a nineteen attorney law firm with offices in Fairfax, Virginia.  My primary office is 4010 University Drive, Suite 200, Fairfax, Virginia 22030.

3.      Since 2006, I have been and presently am a member in good standing of the Bar of the highest court of the State of Virginia, where I regularly practice law.  Since 2007, I have been and presently am a member in good standing of the Bar of the highest court of the District of Columbia.

4.      Since 2009, my practice has been limited to consumer protection litigation.  While



EXHIBIT
1

my experience representing consumers has come within several areas, my most developed area of expertise is in plaintiffs litigation under the Federal Consumer Credit Protection Act, 15 U.S.C. § 1601, et seq., and in particular the Fair Credit Reporting Act, 15 U.S.C. § 1681, et seq., the Equal Credit Opportunity Act, 15 U.S.C. § 1691, et seq., and the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et seq.

5.     I have experience in complex litigation, including class action cases, prosecuted under the Consumer Credit Protection Statutes, including the Fair Credit Reporting Act, the Equal Credit Opportunity Act, and the Fair Debt Collection Practices Act.

6.     In each of the class cases where I have represented Plaintiffs in a consumer protection case, including cases such as the instant case, the Court found me to be adequate class counsel and has approved my requests for fees and costs.

7.     I have taught Continuing Legal Education (CLE) programs for other attorneys in the areas of Consumer Law, Mortgage Litigation and Landlord and Tenant Issues.

8.     My law firm uses STI/TABS billing software to contemporaneous record our time expended and costs advanced in client matters. A true an accurate copy of a print out of our billing statement is attached at Exhibit A to this Declaration.

9.     As of April 24, 2013, my law firm has advanced $12.17 in costs for the prosecution of this action. My law firm generally does not charge costs to the client for legal research charges, regular postage or copies.

10.     My standard hourly rate is $300.00 per hour. This is the rate I charge most clients for representation in litigation matters and it is included in my retainer agreements that I transact with my clients as a baseline rate.   Andrew Guzzo is an associate at my firm whom I supervise and work with. Andrew billed at $200.00 per hour in 2012 and his rate was increased to $225.00

an hour in 2013. Our hourly fee clients pay these rates if they were to hire us on a non-contingent/fee shifting basis.

11.     Generally, if a task does not take more than .1 (or six minutes), Mr. Guzzo and myself will not bill for that task. This includes reviewing PACER ECFs, fielding brief telephone calls, responding to quick emails, etc.

12.     As of April 24, 2013, Surovell Isaacs Petersen &Levy, PLC had spent 36.80 hours on this matter. This resulted in total attorneys' fees expended of $8,762.50.

13.     I am familiar with the fees charged for attorneys with my experience and expertise and believe the rates of my law firm are in line with the prevailing market rates in Virginia.

14.     The costs advanced and time expended does not include time spent drafting the Motion for an Award Attorneys Fees and Costs or any work done after April 24, 2013.

I declare under penalty of perjury of the laws of the United States that the foregoing is correct.

Signed this 25th day of April 2013.


_____
Kristi C. Kelly

Time recorded by category

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Hours Worked | Amount | |
|---|---|---|---|---|---|---|---|---|
| **Client ID 49426.001 Redditt/Kay** | | | | | | | | |
| 49426.001 | 12/13/2012 | SMH | P | 1 | 125 | 1.60 | 200.00 | Draft consent motion for enlargement of time and proposed order; email to Ms. Kelly; review 12b6 motion.  FedEx order to counsel; e-file consent motion. |
| **Subtotal for Timekeeper SMH** | | | | | **Billable** | **1.60** | **200.00** | **Sharell M. Houston** |
| 49426.001 | 09/18/2012 | AJG | P | 23 | 200 | 2.50 | 500.00 | Prepare draft complaint. |
| 49426.001 | 12/20/2012 | AJG | P | 1 | 200 | 2.60 | 520.00 | Prepare draft opposition to MTD. |
| 49426.001 | 12/26/2012 | AJG | P | 23 | 200 | 4.20 | 840.00 | Prepare draft opposition to MTD. |
| 49426.001 | 01/03/2013 | AJG | P | 4 | 200 | 0.40 | 80.00 | Review of Ms. Kelly's edits to brief; update and edit brief. |
| 49426.001 | 01/04/2013 | AJG | P | 26 | 225 | 3.20 | 720.00 | Prepare opposition to MTD. |
| 49426.001 | 01/07/2013 | AJG | P | 23 | 225 | 0.70 | 157.50 | Prepare opposition to MTD. |
| 49426.001 | 01/09/2013 | AJG | P | 25 | 225 | 4.40 | 990.00 | Proof & edit MTD; legal research ▓▓▓▓▓ ▓▓▓▓ legal research ▓▓▓▓▓ |
| 49426.001 | 01/10/2013 | AJG | P | 25 | 225 | 2.60 | 585.00 | Proof & edit and finalize MTD. |
| 49426.001 | 02/06/2013 | AJG | P | 4 | 225 | 1.50 | 337.50 | Review of reply brief; legal research on ▓▓▓▓▓▓▓▓▓ |
| 49426.001 | 02/14/2013 | AJG | P | 1 | 225 | 0.30 | 67.50 | Telephone conference with Ms. Mason |
| 49426.001 | 03/15/2013 | AJG | P | 1 | 225 | 0.70 | 157.50 | Conference with Mr. Bieramee, Ms. Callahan and Mr. Savage. |
| 49426.001 | 04/18/2013 | AJG | P | 1 | 225 | 0.30 | 67.50 | Prepare consent motion and order. |
| **Subtotal for Timekeeper AJG** | | | | | **Billable** | **23.40** | **5,022.50** | **Andrew J. Guzzo** |
| 49426.001 | 02/01/2012 | KCK | P | 1 | 300 | 0.30 | 90.00 | Correspondences with Mr. Redditt; Telephone conference with ▓▓▓▓ |
| 49426.001 | 09/18/2012 | KCK | P | 1 | 300 | 0.90 | 270.00 | Edit complaint; Correspondences with Ms. Redditt. |
| 49426.001 | 12/04/2012 | KCK | P | 1 | 300 | 0.30 | 90.00 | Review 12b6. |
| 49426.001 | 12/13/2012 | KCK | P | 1 | 300 | 0.80 | 240.00 | Review 12b6; Correspondence with co-counsel; Correspondence to opposing counsel; Edit consent order. |
| 49426.001 | 12/27/2012 | KCK | P | 1 | 300 | 2.60 | 780.00 | Legal research; Review and edit opposition; Telephone conference with Mr. Ostroff; Draft consent order and motion. |
| 49426.001 | 01/09/2013 | KCK | P | 1 | 300 | 0.50 | 150.00 | Review and edit opposition brief. |
| 49426.001 | 01/14/2013 | KCK | A | 42 | | | 12.17 | Federal Express Federal Express |
| 49426.001 | 02/28/2013 | KCK | P | 1 | 300 | 0.20 | 60.00 | Review OOJ; Correspondence with Mr. Bieramee regarding surreply order. |
| 49426.001 | 03/06/2013 | KCK | P | 1 | 300 | 0.70 | 210.00 | Telephone conferences and correspondences with opposing counsel and co-counsel regarding settlements. |
| 49426.001 | 03/11/2013 | KCK | P | 1 | 300 | 0.20 | 60.00 | Draft and file OOJ. |
| 49426.001 | 03/12/2013 | KCK | P | 1 | 300 | 2.40 | 720.00 | Review ▓▓▓▓▓ Prepare for mediation meeting to discuss settlement; Correspondences with co-counsel and clients ▓▓▓▓▓ |
| 49426.001 | 03/15/2013 | KCK | P | 1 | 300 | 0.70 | 210.00 | Conference with Mr. Bieramee, Ms. Callahan and Mr. Savage. |
| 49426.001 | 04/02/2013 | KCK | P | 1 | 300 | 0.50 | 150.00 | Telephone conference and correspondences with counsel for Shaprio; Correspondences with co-counsel; Review deadlines and fee transactions for fee petitions. |



EXHIBIT

A

Time recorded by category

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Hours Worked | Amount | |
|--------|-----------|------|-----|------------------|------|--------------|--------|---|
| 49426.001 | 04/03/2013 | KCK | P | 1 | 300 | 0.30 | 90.00 | Draft Order and Motion; Correspondence with Mr. Lynch and Mr. Ostroff. |
| 49426.001 | 04/23/2013 | KCK | P | 1 | 300 | 1.40 | 420.00 | ▮▮▮▮▮▮▮▮; Telephone conference with Mr. Ostroff; Attend conference call with Mr. Lynch and Mr. Ostroff. |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Subtotal for Timekeeper KCK | | | | | Billable | 11.80 | 3,552.17 | Kristi Cahoon Kelly |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Total for Client ID 49426.001 | | | | | Billable | 36.80 | 8,774.67 | Redditt/Kay v. Shapiro & Burson, LLP |

GRAND TOTALS

| | | | |
|---|---|---|---|
| | Billable | 36.80 | 8,774.67 |