UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
**Norfolk Division**

KAY REDDITT, individually and as
 the personal representative of
 Thomas M. Lodahl,

                **Plaintiff,**

v.                                Civil Action No.  2:12cv521

LAW OFFICES OF SHAPIRO, BROWN &
ALT, LLP, et. al.

                **Defendants.**

## DECLARATION OF DALE W. PITTMAN IN SUPPORT OF REQUEST FOR STATUTORY ATTORNEY'S FEES AND COSTS

Dale W. Pittman declares under penalty of perjury that the following statements are true:

1.      I am a member in good standing of the bars of the following courts:

Supreme Court of the United States
Washington, DC
February, 1997

Supreme Court of Virginia
Richmond, Virginia
June 8, 1976

U. S. Court of Appeals for the Fourth Circuit
Richmond, Virginia
September 2, 1980

U. S. District Court for the Western District of Virginia
Roanoke, Virginia

U. S. District Court for the Eastern District of Virginia
Richmond, Virginia
December 30, 1976



EXHIBIT
4

U. S. Bankruptcy Court for the Eastern District of Virginia
Richmond, Virginia
November, 1997.

2.      I am a 1971 graduate of Hampden-Sydney College and a 1976 graduate of the T.

C. Williams School of Law of the University of Richmond, Virginia.  I am a member of the

Virginia State Bar, the Virginia Trial Lawyers Association, the Virginia Bar Association, the

National Association of Consumer Advocates, and the Petersburg Bar Association, of which I

am a past President.  Until June, 2007, I was a member of the Council of the Virginia State Bar,

the State Bar's governing body, serving for two terms as the elected representative of the

Eleventh Judicial Circuit.  I am a member of the Board of Governors of the Virginia Trial

Lawyers Association, and I chair the VTLA's Consumer Law Section.

3.      From February 1, 1977 until September 13, 1996, I was employed by Southside

Virginia Legal Services, in Petersburg, Virginia, as its General Counsel (Chief Executive

Officer). My caseload at Southside Virginia Legal Services evolved over the years into a

primarily consumer law practice.

4.      From September 16, 1996, until the present, I have maintained a private law

practice with an office located in Petersburg.  My work in private practice is limited almost

exclusively to the representation of consumers, with particular emphasis on representing

consumer debtors under the Fair Debt Collections Practices Act. I have developed a statewide

consumer law practice, and have represented consumers from all regions of the Commonwealth

and elsewhere.

5.     I was a contributing editor to the consumer law sections of <u>Virginia Practice Manual</u>, a practice manual for Legal Aid lawyers in Virginia, and for private lawyers handling cases under the auspices of *pro bono* initiatives in Virginia.

6.     Pleadings and discovery from many of my consumer law cases appear in the National Consumer Law Center's <u>Consumer Law Pleadings</u>, nationally distributed form books of consumer law pleadings, beginning in 1994. Pleadings and discovery from my cases appear in Books 1, 2, 5, 6, 7, 10, and 11.

7.     I have given at least sixty lectures to lawyers that qualified for continuing legal education credit.

8.     I have made two presentations to Virginia's General District Court judges at the Judicial Conference of Virginia for General District Court judges, one in 1987 and one on August 13, 2008.

9.     I have given a number of lectures to professional groups on consumer law issues, including:

| | | |
|---|---|---|
| FDCPA:  Ask the Experts | National Association of Consumer Advocates Fair Debt Collection Training Conference, Baltimore | March 8, 2013 |
| FDCPA Update | JAG School, Charlottesville | December 11, 2012 |
| FDCPA | ABA Standing Committee on Legal Assistance to Military Personnel, George Mason University Law School | March 15, 2012 |
| Fair Debt Collections Practices Act | Ft. Lee Legal Assistance Division JAG Office CLE | May 5, 2011 |
| Debt Collection:  Protecting Consumers in Debt Collection and Arbitration | Federal Trade Commission Roundtable, Washington, DC | December 4, 2009 |

| | | |
|---|---|---|
| Handling Fair Debt Collections Practices Act Cases | 65th Legal Assistance Course, The Judge Advocate General's Legal Center and School, Charlottesville | November 16, 2009 |
| Handling Fair Debt Collections Practices Act Cases | VPLC Statewide Legal Aid Conference, Williamsburg | November 5, 2009 |
| Challenging Predatory Small Loans | National Consumer Law Center Consumer Rights Litigation Conference, Philadelphia | October 23, 2009 |
| The Fair Debt Collections Practices Act: Update 2009 | VA CLE Webinar | September, 2009 |
| Handling Fair Debt Collections Practices Act Cases | 2009 Mid-Atlantic Joint Services Consumer Law Symposium, Naval Legal Service Office Mid-Atlantic Legal Assistance Department, Norfolk | June 12, 2009 |
| Handling Fair Debt Collections Practices Act Cases | 64th Legal Assistance Course, The Judge Advocate General's Legal Center and School, Charlottesville | April 2, 2009 |
| Defending Consumers in Medical Debt Collection Cases | National Consumer Law Center's Consumer Rights Litigation Conference in Portland, Oregon | October, 2008 |
| Combating Consumer Issues Facing the Military, FDCPA Cases | Consumer Law Intensive for Military Personnel | October, 2008 |

|  |  |  |
|---|---|---|
|  | Advocates, National Consumer Law Center's Consumer Rights Litigation Conference in Portland, Oregon |  |
| Issues in Arbitration Cases | Judicial Conference of Virginia for District Court Judges, Virginia Beach | August 13, 2008 |
| A Perfect Storm – The Intersection of the FDCPA and the FCRA in Debt Collection Harassment Cases | Virginia CLE Solo and Small Firm Institute, Williamsburg | May 13, 2008 |
| Defending Debt Collection Suits | National Consumer Rights Litigation Conference, Washington, D.C. | November 11, 2007 |
| Emerging Issues in Debt Collection Abuse & False Credit Reporting | Virginia Trial Lawyers Association Solo & Small Firm Conference, Richmond | October 19, 2007 |
| Collecting Consumer Debts:  The Challenges of Change.   Concerns About Debt Collection:  The Consumer's Perspective | Federal Trade Commission, Washington, D.C. | October 10, 2007 |
| The Fair Debt Collections Practices Act (Including 2006 Amendments) | Virginia CLE | September 24, 2007 |
| Fair Debt Collections Practices Act | Naval Legal Service Office Mid-Atlantic Joint Services Consumer Law Symposium, Norfolk | May 11, 2007 |
| How to Win (or Not Lose) an Arbitration | National Consumer Rights Litigation Conference | November 11, 2006 |

Miami, Florida

| | | |
|---|---|---|
| Consumer Debt Collection | 59th Legal Assistance Course The Judge Advocate's School Charlottesville | November 2, 2006 |
| Consumer Credit: Remedies You Should be Aware of | Virginia Trial Lawyers Association Solo & Small Firm Conference, Williamsburg | October 20, 2006 |
| Collection Law From Start to Finish (Presentation on the FDCPA) | National Business Institute Richmond | October 10, 2006 |
| Overview of the Fair Debt Collections Practices Act | Framme Law Firm, Richmond | June 23, 2006 |
| Fair Debt Collection Practices Act | Naval Justice School Newport, Rhode Island | May 22 , 2006 |
| Fair Debt Collection Practices Act – Essential Tips for Both Debtors and Creditors | Virginia CLE - 4th Annual Advanced Consumer Bankruptcy, Richmond | April 28, 2006 |
| Fair Debt Collection Practices Act | 3rd Annual Naval Legal Service Office, Mid-Atlantic, Auto Fraud Symposium, Norfolk | April 12, 2006 |
| What the Virginia Lawyer Must Know about Consumer Protection | Solo and Small Firm Conference – Virginia Trial Lawyers Association, Charlottesville | September 30, 2005 |

| | | |
|---|---|---|
| Points to consider if You are Going to Arbitration | National Consumer Law Center's 13th Annual Consumer Rights Litigation Conference | November 7, 2004 |
| Protecting Your Client's Consumer Rights – Fair Debt Collections Practices Act | Virginia CLE - Richmond and Tysons Corner | April 21 and 22, 2004 |
| Fair Debt Collections Practices Act Training Conference – Practice Issues | National Consumer Law Center and National Association of Consumer Advocates, Kansas City | February 22, 2004 |
| Fair Debt Collections Practices Act | Henrico County Bar Association and Virginia Creditor's Bar Association, Richmond | February 19, 2004 |
| Using Experts in Automobile Sale Wreck Damage Cases | IVAN Diminished Value Conference, Chesapeake | January 31, 2004 |
| Consumer Law: Everything You Need to Know to be an Expert in Handling the Latest in Consumer Cases | First Annual Solo and Small Firm Conference – Virginia Trial Lawyers Association, Charlottesville | October 10, 2003 |
| Points To Consider If You Are Going To Arbitration | Virginia Women Attorney's Association, Southside Chapter, Petersburg | July 31, 2003 |
| Fair Debt Collection Practices Act | Virginia CLE, First Advanced Consumer Bankruptcy Conference | May 2, 2003 |
| Fair Debt Collection Practices Act Fair Credit Reporting Act | Naval Justice School Newport, Rhode Island | April 3, 2003 |

| | | |
|---|---|---|
| Overview of the Fair Debt Collections Practices Act | Framme Law Firm, Richmond | December 17 & 18, 2002 |
| Arbitrating: Who's Afraid of the Big Bad Wolf? | National Consumer Law Center Consumer Rights Litigation Conference, Atlanta | October 26, 2002 |
| Mobile Home Litigation Issues | National Consumer Law Center Consumer Rights Litigation Conference, Atlanta | October 25, 2002 |
| Settlement Agreements and Confidentiality Issues:  Recent Cases in the News and the Problems News Attention Can Create | Virginia Trial Lawyers Association Fall Fiesta, Richmond | September 28, 2002 |
| Practice Pointers Roundtable | Virginia Trial Lawyers Association Fall Fiesta, Richmond | September 27, 2002 |
| Arbitration and Beyond:  What to Do If You Are Forced Into Arbitration and What Happens After the Arbitral Award | Virginia Trial Lawyers Association Fall Fiesta, Richmond | September 27, 2002 |
| Fair Debt Collection | ABA Standing Committee on Legal Assistance for Military Personnel Legal Assistance Symposium, Quantico | August 15, 2002 |
| Practical Applications of Consumer Protection Laws for the General Practitioner – Part II | Virginia Women Attorneys Association, Southside Chapter, Petersburg | June 27, 2002 |
| Practical Applications of Consumer Protection Laws for the General Practitioner – Part I | Virginia Women Attorneys Association, Southside Chapter, | April 25, 2002 |

Petersburg

| | | |
|---|---|---|
| Federal Court-Fun & Easy | Annual Statewide Legal Aid Conference, Virginia Beach | November 1, 2001 |
| FDCPA Compliance for the Virginia Practitioner | National Business Institute CLE for Virginia Lawyers, Richmond | October 11, 2001 |
| Use of Magnuson-Moss Warranty Act in the Recovery of Attorney's Fees | Virginia Trial Lawyers Association Fiesta 3, Richmond | September 28, 2001 |
| Credit Reporting Abuse | Petersburg Kiwanis Breakfast Club, Petersburg | September 18, 2001 |
| A Consumer Lawyer's Perspective on Mobile Home Transactions | Virginia Manufactured Housing Association, Virginia Beach | August 8, 2001 |
| Debt Collection Harassment, Credit Reporting Abuse, Home Solicitation Sales, Fraud. | Elder Law Day | May 11, 2001 |
| Truth in Lending Act and Title Issues in Car Sales | VA Independent Automobile Dealers Association, District 1 Dinner Meeting, Virginia Beach, Virginia | April 11, 2001 |
| What do these attorneys know about the used car business that you don't? | VA Independent Automobile Dealers Association, District 2 Dinner Meeting, Richmond, Virginia | January 30, 2001 |
| Mobile Home Litigation Issues | National Consumer Law Center Consumer Rights Conference | October 28, 2000 |

| | | |
|---|---|---|
| Update on the Fair Debt Collection Practices Act | Virginia CLE® | July 12 and 19, 2000 |
| Consumer Privacy in the Electronic Age | The Bar Association of the City of Richmond | May 31, 2000 |
| Consumer Law Update for Virginia Practitioners, Fair Debt Collection Practices Act. | Virginia CLE® | December 7 and 8, 1999 |
| Recent Developments in Fair Debt Collection, With an Emphasis on the Fourth Circuit | Annual Statewide Legal Aid Conference | November 3, 1999 |
| Recent Developments in Fair Debt Collection | The Bankruptcy Section of the Bar Association of the City of Richmond | October 26, 1999 |
| Consumer Law Seminar | Office of the Staff Judge Advocate, Ft. Eustis, Virginia | August 27, 1999 |
| Automobile Fraud and Financing Issues | Annual Statewide Legal Aid Conference | November 11, 1998 |
| Consumer Law for Support Staff | Annual Statewide Legal Aid Conference | November 11, 1998 |
| First Day in Practice (Topic: Consumer Law Practice) | Virginia State Bar | November 3, 1998 |
| Complying with the Fair Debt Collection Practices Act in Virginia | National Business Institute CLE for Virginia Lawyers | September 9, 1998 |
| Basic Overview of Several Consumer Protection Laws Available to Assist Victims of Consumer Fraud and Abuse | Charlottesville-Albemarle Bar Association Bankruptcy/Creditors' | February 10, 1998 |

| | Rights Committee | |
|---|---|---|
| Overview of Consumer Law for Support Staff | Annual Statewide Legal Aid Conference | November 6, 1997 |
| The Fair Debt Collection Practices Act | Annual Statewide Legal Aid Conference | November 6, 1997 |
| Recent Developments under the Fair Debt Collection Practices Act | Virginia Creditor's Bar Association | September 25, 1997 |
| Fair Debt Collection Practices Act | 10th Circuit Bar Association | April 23, 1997 |
| Complying With the Fair Debt Collection Practices Act in Virginia | National Business Institute CLE for Virginia Lawyers | February 11, 1997 |
| Handling Repossession Cases (gave segment on odometer law) | Virginia Legal Services Consumer Law Task Force | |
| State and Federal Consumer Protection Statutes Frequently Applicable to General District Court Cases | Judicial Conference of Virginia General District Court Judges | April 29, 1989 |
| Everything Under the Sun You Ever Wanted to Know About Handling Home Improvement Cases | Elderly Law Task Force of Virginia Legal Services Programs | |
| Consumer Law for Non Consumer Lawyers | Virginia Legal Services Attorneys | |
| Handling Home Improvement Cases | Consumer Law Training for Virginia Legal Services Attorneys | |

10.     The Summer 2006 edition of *The Journal of the Virginia Trial Lawyers Association*, included "Disputing Home Loan Servicing Abuse Through RESPA," an article that I prepared for that publication.

11.     Since 2001, I have prepared annual reports on Virginia law for the American Bar Association's *Survey of State Class Action Law*.

12.     I was Section Chairman and Program Moderator for a Virginia Trial Lawyers Association Consumer Law Seminar entitled "Keeping the Big Boys Honest," that took place on April 25, 1997, and covered the Fair Debt Collection Practices Act, the Fair Credit Reporting Act, Consumer Class Actions, Motor Vehicle Litigation, and Recovering Attorney's Fees in Consumer Litigation. I was Program Chair for the Consumer Law portion of the VTLA's February Fiesta CLE that took place in Williamsburg in February, 2000. I was a presenter on Mobile Home Sales, and in a Consumer Law Practice Roundtable.  I was Program Chair for the Consumer Law portion of the VTLA's Fall Fiesta that took place in Williamsburg on October 14 and 15, 2000, and was a presenter on Emerging Issues in Mobile Home Sales Fraud.  I was program Chair for the Consumer Law portion of the VTLA's Fiesta 3 that took place in Richmond on September 28 and 29, 2001, and was a presenter on "Use of the Magnuson-Moss Warranty Act to Recover Attorney's Fees."  I was program Chair for the Consumer Law portion of the VTLA's Fiesta 2002 that took place in Richmond on September 27 and 28, 2002, and was a presenter on "Settlement Agreements and Confidentiality Issues:  Recent Cases in the News and the Problems News Attention Can Create," "Arbitration and Beyond:  What to Do If You Are Forced Into Arbitration and What Happens After the Arbitral Award," and a roundtable participant in a "Practice Pointers Roundtable."

13.     I have been involved in many consumer cases involving a range of consumer protection laws, with an emphasis on the Fair Debt Collection Practices Act. Recent Fair Debt Collection Practices Act cases that I have handled alone or co-counseled with others include Withers v. Eveland, 988 F. Supp. 942 (E.D. Va. 1997); Creighton v. Emporia Credit Service, Inc., 981 F. Supp. 411 (E.D. Va. 1997); Morgan v. Credit Adjustment Board, 999 F. Supp. 803 (E.D.Va. 1998); Talbott v. GC Services Limited Partnership, 53 F. Supp. 2d 846 (W.D. Va. 1999); Talbott v. GC Services Limited Partnership, 191 F.R.D. 99 (W.D. Va. 2000); Woodard v. Online Information Servs., 191 F.R.D. 502 (E.D.N.C., Jan. 19, 2000); Jones v. Robert Vest, 2000 U.S. Dist. LEXIS 18413 (E.D. Va. 2000); Kelly v. Jormandy, 2005 U.S. Dist. Lexis 29901 (W.D. Va. 2005); Turner v. Shenandoah Legal Group, P.C., 2006 U.S. Dist. LEXIS 39341 (E.D.Va., June 12, 2006); Karnette v. Wolpoff & Abramson L.L.C., 2006 U.S. Dist. LEXIS 53382 (E.D. Va. Aug. 2, 2006); Croy v. E. Hall & Associates, P.L.L.C., 2007 U.S. Dist. LEXIS 14830 (W.D. Va. 2007); Karnette v. Wolpoff & Abramson, L.L.P., 2007 U.S. Dist. LEXIS 20794 (E.D. Va. March 23, 2007); and Bicking v. Law Offices of Rubenstein and Cogan, 783 F. Supp. 2d at 841v (E.D. Va. 2011). I was one of several lawyers representing plaintiff classes in a Multidistrict FDCPA class action, styled In Re Dun & Bradstreet, Inc. Debt Collection Practices Litigation, MDL #1198. The cases, originally transferred by the Judicial Panel on Multidistrict Litigation to the Western District of Virginia, Danville Division, for consolidated pretrial proceedings, were centralized before the Northern District of Illinois for purposes of finalizing settlement. Classes were certified by Judges Kiser and Boyle in the Talbott and Woodard cases. Judge Wilson certified a class in Gansauer v. Transworld Systems, Inc., Civil Action No. 7:00cv00931, a case under the Fair Debt Collections Practices Act. Judge Conrad certified a

class in <u>Kashani v. Integrity Collections</u>, Civil Action No. 5:06cv73, a case under the Fair Debt

Collections Practices Act.

14.     I served as Special Master in the case styled <u>Silva v. Haynes Furniture Company,</u>

<u>Inc.</u>, Civil Action No. 4:04cv082, E.D.Va., an ECOA/FCRA class action, having been appointed

by Judge Kelley on January 27, 2006.

15.     On November 9, 2007, I received the 2007 Consumer Attorney of the Year

Award from the National Association of Consumer Advocates at its Annual Meeting in

Washington, D.C.

16.     Less than a handful of Virginia attorneys are willing to accept consumer cases

because of the special expertise required and the risk of nonpayment. I am requesting attorney's

fees at the rate of $425.00 per hour. I believe that the amount requested is reasonable, and that it

is less than the rates being charged by many attorneys of similar experience and expertise in

Virginia's federal and state courts.

17.     My standard hourly billing rate is $425.00. That is the rate I charge clients for

representation in consumer cases.  I increased my hourly rate from $375 to $425 early in the fall

of 2008.

18.     More recently, my current $425 hourly rate was approved in <u>Randle v. H&P</u>

<u>Capital, Inc.</u>, No. 3:09cv608, 2010 U.S. Dist. LEXIS 74994 (E.D. Va. July 21, 2010), adopted in

part 2010 U.S. Dist. LEXIS 101509 (E.D. Va. Sept. 23, 2010); affirmed in part and appeal

dismissed in part by <u>Randle v. H&P Capital, Inc.</u>, 2013 U.S. App. LEXIS 4506 (4th Cir. Va.,

Mar. 5, 2013).

19.     My caseload consists almost exclusively of consumer protection matters on behalf

of consumers, with a very heavy emphasis on cases under the Fair Debt Collections Practices

Act. I undertake representation in most cases with the expectation of being paid a contingency amount from the proceeds of recovery, or being paid based on an award of fees pursuant to a fee shifting statute such as the FDCPA. I also represent many consumers on the basis of fees paid to me directly by the individual clients. In those cases, the rate of compensation that I require for my services is based on the hourly rate of $425.00.

20.     I am able to bill at $425.00 per hour because I have over thirty years experience as a consumer lawyer. Hardly any other attorneys in Virginia have such extensive experience representing consumers, and I know of no other lawyer in Virginia whose practice is limited to a consumer law practice aimed heavily at the FDCPA.

21.     My work in connection with this case is shown on the schedule attached hereto, marked Exhibit A. I prepared my time records contemporaneously with my performance of the work, using the P.C. Law, Jr. software package for lawyers. The time records do not duplicate work performed in any other file.

22.     I have thus far devoted 4.1 hours to the representation of the plaintiff in this case which, at my current $425.00 hourly billing rate, comes to $1,742.50.

23.     The total amount that I am requesting be award in statutory attorney's fees and costs comes to **$1,742.50.**

Executed in Petersburg, Virginia, this 25th day of April, 2013.

    /s/
By: Dale W. Pittman, VSB#15673
THE LAW OFFICE OF DALE W. PITTMAN, P.C.
The Eliza Spotswood House
112-A West Tabb Street
Petersburg, VA 23803
(804) 861-6000
(804) 861-3368 (Fax)
dale@pittmanlawoffice.com

Kay Redditt



Apr 25, 2013

Attention:

File #:    120100
Inv #:    Sample

RE:    Kay Redditt b v. Law Offices of Shapiro Brown & Alt, LLP et al.

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Sep-18-12 | Read complaint and exhibits as filed on PACER today | 0.90 | 382.50 | DWP |
| Nov-06-12 | Review our returns of service as to each defendant, docket no.2. | 0.10 | 42.50 | DWP |
| Nov-16-12 | Review defendants' filed consent motion for additional time to file responsive pleadings. | 0.10 | 42.50 | DWP |
| | Review defendants' filed financial statements. | 0.10 | 42.50 | DWP |
| Nov-20-12 | Review agreed order as entered granting defendants' motion for additional time. | 0.10 | 42.50 | DWP |
| Dec-17-12 | Review Ostroff's letter to court sending signed consent order extending time for plaintiff to file opposition to motion to dismiss. | 0.10 | 42.50 | DWP |
| Jan-02-13 | Review Ethan Ostroff letter to the court sending consent extension motion for Plaintiff to file opposition to MTD | 0.10 | 42.50 | DWP |
| Jan-03-13 | Read court's entered agreed order. | 0.10 | 42.50 | DWP |
| Jan-22-13 | Review notice of appearance by Megan Burns. | 0.10 | 42.50 | DWP |
| Jan-23-13 | Read defendants' motion for extension of time to file reply. Read order granting same. | 0.10 | 42.50 | DWP |
| Feb-06-13 | Review doc's flagged by Kristi Kelley that are attached to Def's reply memorandum. | 0.20 | 85.00 | DWP |
| Feb-08-13 | Review G&G nonsuit order received in today's mail, review GDC case online. Email to Redditt v Shapiro co counsel re same. | 0.40 | 170.00 | DWP |
| Feb-20-13 | Read our filed papers as to Defendants' pending MTD | 1.10 | 467.50 | DWP |
| Feb-28-13 | Read defendants' offer of judgment. Review email traffic among co-counsel regarding same. | 0.40 | 170.00 | DWP |
| Apr-18-13 | Email exchanges among co counsel as to the pending fees issue. Read ECF filing of consent motion papers for extension to respond while the parties continue negotiating this issue. | 0.20 | 85.00 | DWP |

Totals          4.10    $1,742.50

**FEE SUMMARY:**

| Lawyer | Hours | Effective Rate | Amount |
|---|---|---|---|
| Dale W. Pittman | 4.10 | $425.00 | $1,742.50 |

| | |
|---|---|
| **Total Fees, Disbursements** | **$1,742.50** |
| Previous Balance | $0.00 |
| Previous Payments | $0.00 |
| **Balance Due Now** | **$1,742.50** |
| **AMOUNT QUOTED:** | **$0.00** |