IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**KAY REDDITT,** *individually and as*
*The Personal Representative of*
*Thomas M. Lodahl,*

    **Plaintiffs,**

v.             CIVIL ACTION NO: 2:12-cv-521
              (Consolidated cases 4:13cv00009 &
              4:13cv00016)

**LAW OFFICES OF SHAPIRO, BROWN**
**& ALT, LLP., and PROFESSIONAL**
**FORECLOSURE CORPORATION**
**OF VIRGINIA**

    **Defendants**

## NOTICE OF SATISFACTION OF JUDGMENT

   Plaintiffs, by counsel, hereby notifies the Clerk that the judgment rendered in the above consolidated matters has been satisfied in full.

                Respectfully submitted,
                **KAY REDDITT,** *individually and*
                *as The Personal Representative of*
                *Thomas M. Lodahl,*

                  /s/
                 Of Counsel

Leonard A. Bennett, VSB No. 37523
Susan M. Rotkis, VSB No.40693
*Counsel for Plaintiffs*
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia  23601
Telephone:  (757) 930-3660
Facsimile:  (757) 930-3662
lenbennett@clalegal.com

Matthew Erausquin, VSB No. 65434
Janelle Mikac, VSN No. 82389
*Counsel for the Plaintiffs*
CONSUMER LITIGATION ASSOCIATES, P.C.
1800 Diagonal Road, Suite 600
Alexandria, Virginia 22314
Telephone: (703) 273-7770
Facsimile: (888) 892-3512
matt@clalegal.com


Dale W. Pittman, VSB No. 15673
*Counsel for the Plaintiffs*
THE LAW OFFICE OF DALE W. PITTMAN, P.C.
The Eliza Spotswood House
112-A West Tabb Street
Petersburg, Virginia 23803
Telephone: (804) 861-6000
Facsimile: (804) 861-3368
dale@pittmanlawoffice.com


Kristi Cahoon Kelly, VSB No. 72791
*Counsel for the Plaintiff*
SUROVELL, ISAACS, PETERSEN & LEVY, PLC
4010 University Drive, Suite 200
Fairfax, Virginia 22030
Telephone: (703) 277-9774
Facsimile: (703) 591-9285
kkelly@siplfirm.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on the 9th day of September, 2013, I caused a true and accurate copy of the foregoing to be served electronically through the CM/ECF to the following individuals:

Bizhan Beiramee, VSB #50918
BEIRAMEE & COHEN, PC
7508 Wisconsin Avenue, Second Floor
Bethesda, MD  20814
(703) 483-9600 – Telephone
(703) 483-9599 – Facsimile
bbeiramee@beiramee.com
*Counsel for Defendants*

John C. Lynch, VSB # 39267
Ethan G. Ostroff, VSB # 71610
Megan E. Burns, VSB # 35883
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7765
Facsimile: (757) 687-1504
Email: john.lynch@troutmansanders.com
*Counsel for Defendants*

        /s/
      Leonard A. Bennett, VSB No. 37523
      Susan M. Rotkis, VSB No.40693
      *Counsel for Plaintiffs*
      Consumer Litigation Associates, P.C.
      763 J. Clyde Morris Boulevard, Suite 1-A
      Newport News, Virginia  23601
      Telephone:  (757)  930-3660
      Facsimile:  (757)  930-3662
      lenbennett@clalegal.com